1
2
3
4
5

UNITED STATES DISTRICT COURT

6

EASTERN DISTRICT OF CALIFORNIA

7

FRESNO DIVISION

8
9

DOUGLAS W. HYSELL,                                          1:10-cv-01233-GSA-(PC)

10

        Plaintiff,                                      ORDER GRANTING APPLICATION TO
                                                                           PROCEED IN FORMA PAUPERIS

11

    v.                                                             (#2)
                                                                                  and

12

ARNOLD SCHWARZENEGGAR, et al.,                    ORDER DIRECTING PAYMENT
                                                                           OF INMATE FILING FEE BY

13

                                                                           CALIFORNIA DEPARTMENT OF
        Defendants.                             CORRECTIONS AND

14

                                                                           REHABILITAION

15

_____/

16

      Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

17

to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required

18

by § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

19

obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff

20

is obligated to make monthly payments in the amount of twenty percent of the preceding month's

21

income credited to plaintiff's trust account.  The California Department of Corrections and

22

Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's account each

23

time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C.

24

§ 1915(b)(2).

25

      In accordance with the above and good cause appearing therefore, IT IS HEREBY

26

ORDERED that:

27

      1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

28

      **2.  The Director of the California Department of Corrections and Rehabilitation**

-1-

1  **or his designee shall collect payments from plaintiff's prison trust account in an amount equal**

2  **to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust**

3  **account and shall forward those payments to the Clerk of the Court each time the amount in**

4  **the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00**

5  **has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly**

6  **identified by the name and number assigned to this action.**

7          3. The Clerk of the Court is directed to serve a copy of this order and a copy of

8  plaintiff's in forma pauperis application on the Director of the California Department of Corrections

9  and Rehabilitation, via the court's electronic case filing system (CM/ECF).

10          4. The Clerk of the Court is directed to serve a copy of this order on the Financial

11  Department, U.S.  District Court, Eastern District of California, Fresno Division.

12          5. Within sixty (60) days of the date of service of this order, plaintiff shall submit a

13  certified copy of his prison trust account statement for the six-month period immediately preceding

14  the filing of the complaint, if plaintiff has not already done so.

15          IT IS SO ORDERED.

16      **Dated:    July 16, 2010**          _____**/s/ Gary S. Austin**_____
                                                    UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28